B3A (Official Form 3A) (12/07)

# United States Bankruptcy Court
## Eastern District of Michigan

In re  **Sandra Ann Kellermann**  Case No. **12-41533-MBM**
Debtor(s)  Chapter **7**

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒ **IT IS ORDERED** that the debtor(s) shall pay the filing fee according to the following terms:

$ __**306.00**__ Check one  ☐ With the filing of the petition, or
☒ On or before  **04/25/2012**

☒ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

**Signed on January 26, 2012**

/s/ Marci B. McIvor
Marci B. McIvor
United States Bankruptcy Judge

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com  Best Case Bankruptcy

```
                        United States Bankruptcy Court
                         Eastern District of Michigan
In re:                                                         Case No. 12-41533-mbm
Sandra Ann Kellermann                                          Chapter 7
         Debtor
                          CERTIFICATE OF NOTICE
District/off: 0645-2          User: dcunn              Page 1 of 2              Date Rcvd: Jan 26, 2012
                              Form ID: pdf01           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2012.
db          Sandra Ann Kellermann,    1858 Brookfield Drive,   Ann Arbor, MI   48103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 28, 2012**             **Signature:**     *Joseph Speetjens*

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2012 at the address(es) listed below:
              John Robert Keyes    on behalf of Debtor Sandra Kellermann ecf@robertkeyeslaw.com
              Timothy J. Miller    trustee@schneidermiller.com, MI45@ecfcbis.COM;assistant@schneidermiller.com
                                                                                              TOTAL: 2
```